# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 18-CR-30112-SMY |
| | ) |
| DARVON D. STACKER, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF FACTS

Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Daniel T. Kapsak, Assistant United States Attorney for said District, herewith enter into the following Stipulation of Facts with the Defendant:

1. On April 6, 2018, East St. Louis, Illinois, police officers conducted a traffic stop on a vehicle driven by Defendant Stacker. At the time of this stop, Defendant Stacker was in possession of a 9 mm Canik handgun, Smith & Wesson, bearing serial number 15AP12775, which was located on the front passenger seat of the vehicle.

2. The aforementioned firearm was manufactured outside of the State of Illinois, and therefore traveled in and affected interstate commerce to reach the State of Illinois.

3. All of these events occurred in the Southern District of Illinois.

4. Prior to April 6, 2018, Defendant Stacker was convicted of a crime punishable by a term of imprisonment of more than one year. Specifically, Defendant Stacker was convicted of Aggravated Domestic Battery, on or about July 13, 2007, in Cause Number 07-CF-717, in the Twentieth Judicial Circuit Court, St. Clair County, Illinois.

5.  Defendant agrees to forfeit the 9 mm Canik handgun, Smith & Wesson, bearing serial number 15AP12775, along with any and all ammunition contained in this firearm or seized with this firearm.

6.  This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept Defendant's guilty plea and is not necessarily an exhaustive account of the Defendant's criminal activity.

|  |  |
|---|---|
|  | STEVEN D. WEINHOEFT<br>United States Attorney |
| *[signature]*<br>DARVON D. STACKER<br>Defendant | *[signature]*<br>DANIEL T. KAPSAK<br>Assistant United States Attorney |
| *[signature]*<br>ETHAN SKAGGS<br>Attorney for Defendant<br>Date: 4/4/19 | Date: 4/9/19 |

2